# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

**LEO CORNELIUS SPURLING**                                       **PETITIONER**

v.                                             **CIVIL ACTION NO. 5:21-CV-P58-TBR**

**SCOTT JORDAN**                                                    **RESPONDENT**

## ORDER

Unrepresented by counsel, Petitioner, Leo Cornelius Spurling, filed a petition under 28 U.S.C. § 2254 for writ of habeas corpus (DN 1) and a motion to be relieved of filing the petition on the form (DN 2). However, since then, he has filed the petition on the appropriate form. Accordingly, the Court **DENIES** Petitioner's motion (DN 2) as moot.

The petition seeks to challenge the constitutionality of Petitioner's 1989 conviction of murder in the Lyon Circuit Court.

Review of the Court's records reveals that Petitioner has previously filed a § 2254 petition challenging his 1989 conviction. *See Spurling v. Sapp*, Civil Action No. 5:00CV-42-R. "Before a second or successive application . . . is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." *See* 28 U.S.C. § 2244(b)(3)(A); *In re Wilson*, 142 F.3d 939, 940 (6th Cir. 1998).

Petitioner has failed to obtain panel certification prior to filing the instant petition in the district court.

Therefore, **IT IS ORDERED** that the petition under 28 U.S.C. § 2254 for writ of habeas corpus (DN 1) is **TRANSFERRED** to the Sixth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631.[1]

---

[1] *See In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997) ("[W]e hold that when a prisoner has sought

This case is now **CLOSED**.

Date: June 14, 2021

*[Signature: Thomas B. Russell]*

**Thomas B. Russell, Senior Judge
United States District Court**

cc: Petitioner, *pro se*
　　Respondent
　　Clerk, Sixth Circuit
4413.009

§ 2244(b)(3) permission from the district court, or when a second or successive petition for habeas corpus relief or § 2255 motion is filed in the district court without § 2244(b)(3) authorization from this court, the district court shall transfer the document to this court pursuant to 28 U.S.C. § 1631.").